## SEXSMITH v. CHAPPELL.

No. 4734.    Opinion Filed February 4, 1913.

(130 Pac. 282.)

1. **CLERKS OF COURTS**—County. Officers. The office of clerk of the superior court is a county office.

2. **SAME**—Terms—Repeal of Statute. Section 8 of the act of March 6, 1909 (Sess. Laws 1909, c. 14, art. 7; chapter 24, art. 4, sec. 1972, Comp. Laws 1909), in so far as it affects the term of the clerk of the superior court, is repealed by section 19 of the act of March 19, 1910 (chapter 69, Sess. Laws 1910, pp. 129, 137).

3. **SAME**—Election. The laws in force in this state at the time of the holding of the election for county officers in November, 1912, provide for the election of the clerk of the superior court.

(Syllabus by the Court.)

*Error from District Court, Garfield County;*
*James B. Cullison, Judge.*

Action by M. T. Sexsmith against H. E. Chappell. From the judgment, Sexsmith brings error. Reversed and remanded, with instructions.

*Parker & Simons,* for plaintiff in error.

*McKeever & Walker* and *Robberts, Curran & Otjen,* for defendant in error.

WILLIAMS, J.   This proceeding in error seeks to have reviewed the judgment of the trial court adjudicating the title to the office of clerk of the superior court of Garfield county.

The same question involved in this case has this day been determined by this court in *Beaty v. State ex rel. Lee, post,* 130 Pac. 956, in favor of the contention of defendant in error.

The case is reversed and remanded, with instructions to grant a new trial, and to award the possession of the office of clerk of the superior court of Garfield county to the plaintiff in error.

All the Justices concur.